IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEAN JULES,

    Petitioner

v.                                           Case No.  4:20cv287-MW/MAF

WILLIAM P. BARR,

    Respondent.
_____/

ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 3  Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion.  This case is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.  The Clerk shall also close the file.

**SO ORDERED** on July 6, 2020.

                                          **s/ MARK E. WALKER**
                                          **Chief United States District Judge**